# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**WILLIAM EDWARD PERRY, JR.,**

    **Plaintiff,**

**v.**                                            **CASE NO. 3:17cv961-MCR-CJK**

**MICHAEL BLIZZARD,**

    **Defendant.**

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 31, 2018. ECF No. 25. Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

3. The clerk shall close the file.

**DONE AND ORDERED** this 29th day of August 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**